AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▼

| | | |
|---|---|---|
| BRAD HOLTORF | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV 09 4560 EDL |
| SCOTT VOGLER and POCKET BIKES UNLIMITED | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Scott Vogler
    Pocket Bikes Unlimited
    750 Park Drive
    Ben Lomond, CA 95005


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Venkat Balasubramani
    Focal PLLC
    8426 40th Ave SW
    Seattle, WA 98136


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 2 8 2009

    Helen L. Almacen

    *Signature of Clerk or Deputy Clerk*