**Case3:09-cv-04560-EDL**



FILED
09 NOV -6 AM 11: 47

1    Scott M. Vogler
2    750 Park Drive
3    Ben Lomond, Ca. 95005
4    (831) 252-4663
5    (831) 336-8218
6    pocketbikesunlimited@msn.com
7    Defendant
8
9
10               UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                  Case3:09-cv-04560-EDL

13                        **MOTION**

14

15    Defendant Scott Vogler wishes to file a motion to dismiss the complaint for failure
16    to state a claim.
17    Defendant states that the design and function of this product was already in use for
18    the application(s) that Plaintiff is claiming.
19    Said product was advertised on the internet on June 2, 2003 and was first offered
20    for sale on June 15, 2003 for the same 2 stroke motor design that the Plaintiff is
21    accusing the Defendant of copying.
22    Plaintiff did not file for a Patent until October 28, 2005  2 years and 4 months after
23    PSWS Racing had designed and been selling the Original which is the same design
24    that the Plaintiff is representing as "his own design",  See  EXIBITS A & B.
25    The product is pictured and described in detail see EXIBIT C in paragraph titled
26    "new product announcement".
27     The Defendant asks that the court honor the motion and dismiss the
28    entire complaint with prejudice due to the fact that this product was offered for sale

29  by several companies over 2 years prior to an application being filed by the
30  plaintiff. See EXIBITS D & E.
31  Plaintiff has never manufactured nor has he attempted to market or sell this product
32  for which the demand and popularity for such an item has diminished greatly and
33  was never strong see EXIBITS F & G therefore even if a jury were to find in the
34  favor of the plaintiff, one would find it very difficult to award a judgment as his
35  loss of sales and or damages are non existent.
36  May it also be know that due to the lack of market for this product all companies
37  that manufactured this item stopped manufacturing about 2 years ago.
38  Defendant has sold only 16 units in total beginning in August of 2004 see
39  EXIBITS H & I which is 2 months prior to meeting with Plaintiff to discuss his
40  Design over 5 years ago.
41  We again ask that the court dismiss the entire complaint with prejudice as this case
42  has no proof that any laws were violated and that the Defendant has never
43  manufactured any products other than to sell another manufacturers item that had
44  long been available in the market and perhaps the Plaintiff may wish to seek
45  damages from one of the companies that physically manufactured his so called
46  design.
47
48  Date: 11/4/09
49
50  Signed: Scott Vogler, sole proprietor of Pocket Bikes Unlimited
51
52  *[signature]*
53
54
55
56
57
58
59

# Internet Archive

Web  Moving Images  Texts  Audio  Software  Patron Info  About IA  Projects
Forums | FAQs | Contributions | Jobs | Donate

Search: [    ]  All Media Types

**Universal access to human knowledge**

Anonymous User (login or join us)  [ Upload ]

## Announcements (more)

A Future for Books: BookServer launch event

Project funded to add features to a Million books

Book Reader supports Zooming

## Web — 150 billion pages

**WayBackMachine**  http://pswsracing.com

Take Me Back   Advanced Search

## Welcome to the Archive  RSS

The Internet Archive, a 501(c)(3) non-profit, is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public.

**EXIBIT A**

## Moving Images
221,659 movies

Browse (by keyword)

Curator's Choice (more)



**[San Francisco Earthquake Aftermath, Part 3**
Chilling post-earthquake footage, shot in the Western Addition and on Market Street in San...

Recent Reviews

Beast of Yucca Flats
Average rating:

Behave Yourself
Average rating:

## Live Music Archive
70,202 concerts

Browse (by band)

Curator's Choice (more)

 **Live Music Archive**

**Telepath Live at Alumni Hall - UNC Asheville on...**
Infinite Paradise Station India Haze All Fruits Ripe Black Box Realize Can't Come Down Deeper Still

Recent Reviews

Mr. Blotto Live at Oysterpalooza on 2009-10-11
Average rating:

Disco Biscuits Live at The Great American Music Hall on 2000-10-13
Average rating:

## Audio
427,313 recordings

Browse (by keyword)

Curator's Choice (more)



**lifeforms (redone and refined)**
the return of the first xenoton release from 2002. originally published as limited edition...

Recent Reviews

Burl Ives-01-10
Average rating:

exotica
Average rating:

## Texts
1,723,040 texts

Browse (by keyword)

Curator's Choice (more)

**Design and details of a reinforced concrete...**
Thesis (B.S.)-- Armour Institute of Technology, 1908

Recent Reviews

Espistolario di Coluccio Salutati
Average rating:

The Encyclopaedia Britannica
Average rating:



Internet Archive Wayback Machine

Enter Web Address: http://   [All ▼]   Take Me Back   Adv. Search  Compare Archive Pages

Searched for http://pswsracing.com                                    **118** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

### Search Results for Jan 01, 1996 - May 09, 2009

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 11 pages | 15 pages | 30 pages | 33 pages | 11 pages | 8 pages | 0 pages | 0 pages |
| | | | | | May 22, 2001 * | May 29, 2002 * | Feb 09, 2003 * | Jan 29, 2004 * | Jan 05, 2005 | Feb 10, 2006 | Jan 07, 2007 | | |
| | | | | | Jul 19, 2001 * | Jun 01, 2002 | Feb 10, 2003 | Mar 24, 2004 * | Jan 22, 2005 | Apr 02, 2006 | Jan 11, 2007 | | |
| | | | | | Nov 11, 2001 | Jun 02, 2002 | Feb 16, 2003 * | Mar 29, 2004 | Jan 26, 2005 | May 19, 2006 | Jan 16, 2007 | | |
| | | | | | | Aug 03, 2002 * | Mar 23, 2003 | Apr 21, 2004 * | Feb 07, 2005 | Jun 13, 2006 | Jan 21, 2007 | | |
| | | | | | | Sep 23, 2002 | Mar 24, 2003 | Jun 09, 2004 * | Feb 08, 2005 | Jun 17, 2006 | Jan 26, 2007 | | |
| | | | | | | Sep 25, 2002 | Apr 21, 2003 | Jun 11, 2004 | Feb 10, 2005 | Jul 19, 2006 | Feb 16, 2007 | | |
| | | | | | | Sep 28, 2002 | Jun 02, 2003 | Jun 16, 2004 | Feb 21, 2005 | Aug 04, 2006 | May 01, 2007 * | | |
| | | | | | | Sep 29, 2002 | Jun 07, 2003 | Jun 19, 2004 | Mar 04, 2005 | Aug 30, 2006 | May 14, 2007 | | |
| | | | | | | Nov 24, 2002 * | Jun 09, 2003 | Jun 27, 2004 | Mar 21, 2005 | Sep 07, 2006 | | | |
| | | | | | | Nov 27, 2002 | Jun 19, 2003 * | Jul 15, 2004 | Apr 02, 2005 | Sep 09, 2006 | | | |
| | | | | | | Nov 30, 2002 | Jul 27, 2003 | Jul 17, 2004 | Apr 13, 2005 | Oct 04, 2006 | | | |
| | | | | | | | Jul 28, 2003 | Jul 24, 2004 | Apr 14, 2005 | | | | |
| | | | | | | | Oct 13, 2003 * | Jul 27, 2004 * | Jun 25, 2005 * | | | | |
| | | | | | | | Nov 18, 2003 | Jul 28, 2004 | Jul 03, 2005 | | | | |
| | | | | | | | Nov 19, 2003 | Aug 20, 2004 * | Jul 05, 2005 | | | | |
| | | | | | | | | Aug 22, 2004 | Jul 07, 2005 | | | | |
| | | | | | | | | Aug 30, 2004 * | Jul 10, 2005 | | | | |
| | | | | | | | | Aug 31, 2004 | Jul 12, 2005 | | | | |
| | | | | | | | | Sep 05, 2004 | Jul 13, 2005 | | | | |
| | | | | | | | | Sep 09, 2004 | Jul 14, 2005 | | | | |
| | | | | | | | | Sep 19, 2004 * | Jul 20, 2005 | | | | |
| | | | | | | | | Sep 26, 2004 | Jul 24, 2005 | | | | |
| | | | | | | | | Oct 14, 2004 * | Jul 25, 2005 | | | | |
| | | | | | | | | Nov 02, 2004 * | Jul 27, 2005 | | | | |
| | | | | | | | | Nov 06, 2004 * | Aug 05, 2005 | | | | |
| | | | | | | | | Nov 07, 2004 | Aug 26, 2005 * | | | | |
| | | | | | | | | Nov 12, 2004 | Aug 27, 2005 | | | | |
| | | | | | | | | Nov 23, 2004 * | Aug 28, 2005 | | | | |
| | | | | | | | | Dec 02, 2004 | Aug 29, 2005 | | | | |
| | | | | | | | | Dec 13, 2004 | Aug 31, 2005 | | | | |
| | | | | | | | | | Sep 01, 2005 | | | | |
| | | | | | | | | | Sep 08, 2005 | | | | |
| | | | | | | | | | Dec 15, 2005 * | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXIBIT B

# PSWS Racing

- Home
- About Us
- Events
- Photo Highlights
- Dealer Inquiries
- Ordering Info
- Kudos
- Technical Articles
- Contact Us

**Go-Ped Scooters**
- The New GSR40
- Sport/X-Ped Models
- Bigfoot Models
- KnowPed/GrowPed Models
- Electric Models
- Go Quads
- High Performance & Aftermarket Parts
- O.E.M. Parts
- Engine Modifications

**HPE Nitro Cars**
- R/C Cars & Trucks
- T-MAXX
- Losi XXXNT
- RC10 GT
- Upgrades & Replacement Parts
- Engine Modifications



**EXIBIT C**

## Southern CA's Factory Authorized
## Go-Ped® Super-Store.
Providing sales, service & high-performance parts & accessories for Go-Peds® & R/C Cars and Trucks.
Home of the Super-Stock Engine Mod Package



Check out the new Go-Ped GSR40!!
[click]



**Go-Ped®:**
If it doesn't say Go-Ped®, Then it is NOT a Go-Ped®

Go-Ped is the market leader in motorized scooter sales, and is an established brand among extreme sports enthusiasts. Go-Peds are also growing in popularity as an alternative transport vehicle for city dwellers with short or disconnected commutes.
[click]

### PSWS Racing Rocket Sprocket "Package Deal" up to $24.00 off!!
Now buy any combination of our ultra high quality front and rear Rocket Sprockets and get a huge savings!!! You choose the sizes you want to combine and get $10.00 off. Thats a deal. buy a second set and save $12.00 per pair, thats $24.00!

### NEW PRODUCT ANNOUNCEMENT:
The secret is out...We have been developing a reed conversion for the GSR 40. More and more people are calling about this exciting new performance product in development, it is obvious to us that the secret is out. Our new CNC Billet reed cage uses twin carbon fiber reed petals with a second tensioning petal. Reed tension can be adjusted by altering position and length of the tensioning petal. Our reed cage is designed to accept many different carbs including Our Rocket carb, stock GSR, TSI, ADA, G23ORC, WA167, Alcohol, and many others. PSWS stage 1 reed ported cylinders are nearly completed. The port design and layout is the secret to reed power. The stage 1 cylinders port layout is complete, final cylinders will be a modified GRS cylinder with a combination of CNC porting and hand finishing. Potential stage 2 and 3 cylinders are in development and have shown power beyond our expectations. A bolt on kit will be offered including PSWS rocket reed ported piston and cylinder, rocket carb, reed cage and adapter, and all necessary hardware. Reed cages with adapters will be available seperately for dealers, racers and do it yourself mod builders. Expect cages and adapters to be available by June 15th. Here are some photos of one of the prototype reed set ups.




### NEW ARRIVALS:

---

**Brand Spankin' New!**

Check out our all new Tech Articles section!!
[click here]

**1998 & 1999 Go-Ped National World Champions!!**



[click for more]

**What's Hot at PSWS Racing**
The new Super Strong, High Performing Go-Ped GSR40! Equipped with the unbeatable Komatsu Zenoah 41.5cc Engine, a very ingenious chain driven system, a wider deck and dual disk brakes, The Go-Ped® Speed Racer is the Cruisers' Dream Come True.
[click here]

| Go-Ped Recommended Engine Modifications |
| --- |
| R/C Recommended Engine Modifications |

Google™ ada 49cc      Search Images | Back to image results



**See full size image**
300 x 300 - 13k - jpg - www.storesonline.com/.../uploaded/22-1211.jpg
Image may be subject to copyright.
Below is the image at: wikiscootia.wikidot.com/ada-head-kit-reed-cag...

Remove frame ☒

site-name .wikidot.com       Share on 🇬 f 🎵 🎴 😊 😊       Join this site

Create account or Sign in

Due to a change in the approach that wikiscootia is maintained, the site has moved to a new system. The new scooter wiki can be found at [http://scooter.wikia.com]. We apologize for any inconvenience

Search this site       Search

## ADA Head Kit Reed Cage 49cc

**Menu**

Welcome page

**Content** recent changes

Articles
How To
Item Information

**Members**

Members List
How do I contribute?
Invite your Friends
Contribution Guidelines

**Utilities**

Recent changes
List all pages
Page Tags

**Admin**

Site Manager

**Page tags**

The ADA head kits with reed is a complete kit and ported cylinder. The cylinder features extensive race porting for optimal reed performance. HUGE gains throughout the entire powerband. Greatly improved throttle response and acceleration. Much cleaner revving on the top with a 5+MPG gain. This kit will get the most power possible out of a 49cc engine. (1)




**EXIBIT D**



EXIBIT E

**From:** ADA Racing Sales (adasales@adaracing.com)
**To:** 'Scott Vogler Builders'
**Date:** Mon, October 5, 2009 11:32:32 AM
**Subject:** RE: Contact From ADA Racing Website

We discontinued these due to the declining popularity of the pocketbikes and because all of the aftermarket products we were designing and making kept getting knocked-off in China .

Regards,

ADA Racing Sales
480-507-6919
www.adaracing.com

---

**From:** Scott Vogler Builders [mailto:scott@voglerconstruction.com]
**Sent:** Saturday, October 03, 2009 3:06 PM
**To:** ADA Racing Sales
**Subject:** Re: Contact From ADA Racing Website

Hi,
Thank you for your fast reply, is their any reason that no one makes this any more, would i be better off not to search for one.

Thank you,
**Scott Vogler**
**Vogler Builders**
**831-252-4663**

---

**From:** ADA Racing Sales <adasales@adaracing.com>
**To:** scott@voglerconstruction.com
**Sent:** Saturday, October 3, 2009 2:18:17 PM
**Subject:** RE: Contact From ADA Racing Website

Sorry, but we no longer sell that item and haven't for quite awhile. Your best bet is to check on some the online pocketbike forums for a used setup.

Regards,

ADA Racing Sales
480-507-6919
www.adaracing.com

---

**From:** scott@voglerconstruction.com [mailto:scott@voglerconstruction.com]
**Sent:** Saturday, October 03, 2009 1:15 AM
**To:** adasales@adaracing.com
**Subject:** Contact From ADA Racing Website

You have received a message from a website user.



**EXIBIT F**

Print                                                                                                          Close

### Re: 49 reed

From: **DDM (Dave's Discount Motors)** (sales@davesmotors.com)
Sent: Mon 10/05/09 8:48 AM
To:    MARYANN COSTELLA (maryanncostella@msn.com)

Sorry, we don't... check www.adaracing.com they might have some left...

Brad

On Sat, Oct 3, 2009 at 2:23 AM, MARYANN COSTELLA <maryanncostella@msn.com> wrote:

> Hi,
> Do you guys still sell the 49cc reed valve upgrade for the cat eye bike.
> Thank you,
> Stevo
>
>
> Your E-mail and More On-the-Go. Get Windows Live Hotmail Free. Sign up now.

**EXHIBIT G**

POCKET BIKES UNLIMITED

6281 GRAHAM HILL RD
FELTON, CA 95018

# Invoice

| Date | Invoice # |
|---|---|
| 8/19/2004 | 1306 |

| Bill To |
|---|
| HOUSTON POCKET BIKES<br>16502 CAIRNGORM<br>HOUSTON, TX. 77084 |

| Ship To |
|---|
| HOUSTON POCKET BIKES<br>16502 CAIRNGORM<br>HOUSTON, TX. 77084 |

| P.O. No. | Terms | Due Date | Account # | Ship Date | Ship Via | Project |
|---|---|---|---|---|---|---|
|  |  | 8/19/2004 | V-587 | 8/19/2004 |  |  |

| Description | Qty | COST | MSRP | AMOUNT |
|---|---|---|---|---|
| 47cc Footpegs | 4 | 31.00 |  | 124.00 |
| 47cc 74 TOOTH SPROCKET KIT | 2 | 19.00 |  | 38.00 |
| 47cc 63 TOOTH SPROCKET KIT | 2 | 19.00 |  | 38.00 |
| 47cc V STACK AND FILTER FOR STOCK CARB | 2 | 21.00 |  | 42.00 |
| 49cc Billet Pegs (Round) | 4 | 11.00 |  | 44.00 |
| 49cc 36 TOOTH SPROCKET SET | 2 | 19.00 |  | 38.00 |
| 47cc DUAL STAGE REED KIT | 4 | 22.00 |  | 88.00 |
| 47cc STAGE 3 KIT W/BOOST | 2 | 265.00 |  | 530.00 |
| 49cc HIGH PERFORMANCE 4 PEDAL REED SYSTEM | 1 | 84.00 |  | 84.00 |
| SHIPPING AND HANDLING CHARGE |  | 44.00 |  | 44.00 |

**Total** $1,070.00

**Balance Due** $1,070.00

| Phone # |
|---|
| 8313368218 |

# EXIBIT H

POCKET BIKES UNLIMITED

6281 GRAHAM HILL RD
FELTON, CA 95018

# Invoice

| Date | Invoice # |
|---|---|
| 8/10/2004 | 1290 |

| Bill To |
|---|
| RIFLE PAINT AND SUPPLY<br>2118 AIRPORT ROAD<br>RIFLE, CO. 81650 |

| Ship To |
|---|
| RIFLE PAINT AND SUPPLY<br>2118 AIRPORT ROAD<br>RIFLE, CO. 81650 |

| P.O. No. | Terms | Due Date | Account # | Ship Date | Ship Via | Project |
|---|---|---|---|---|---|---|
| | | 8/10/2004 | V-CODE 652 | 8/10/2004 | | |

| Description | Qty | COST | MSRP | AMOUNT |
|---|---|---|---|---|
| 49cc 36 TOOTH SPROCKET SET | 2 | 19.00 | | 38.00 |
| X-1, X-2 ROCKET PERFORMANCE KEY | 3 | 6.50 | | 19.50 |
| X-1, X-2 PERFORMANCE EXHAUST SYSTEM | 2 | 90.00 | | 180.00 |
| 49cc, X1, X2 BIG BORE CARBURETOR KIT | 2 | 84.00 | | 168.00 |
| 49cc, X-1, X-2 BLAST BOX WITH ADAPTOR | 1 | 69.00 | | 69.00 |
| 49cc PERFORMANCE EXHAUST SYSTEM | 1 | 90.00 | | 90.00 |
| 49cc, X-1 & X-2 4 PEDAL REED SYSTEM | 1 | 84.00 | | 84.00 |
| 49cc ROCKET PERFORMANCE KEY | 2 | 6.50 | | 13.00 |
| 47cc ROCKET PERFORMANCE KEY | 1 | 6.50 | | 6.50 |
| 49cc NGK SPARK PLUGS | 8 | 3.25 | | 26.00 |
| 47cc NGK SPARK PLUG | 4 | 3.25 | | 13.00 |
| SHIPPING AND HANDLING CHARGE | | 16.00 | | 16.00 |

**Total** $723.00

**Balance Due** $723.00

| Phone # |
|---|
| 8313368218 |

**EXIBIT I**