VENKAT BALASUBRAMANI (SBN 189192)
FOCAL PLLC
8426 40th Ave SW
Seattle, WA 98136
Fax:   (206) 260-3966
Email: *venkat@focallaw.com*

MATTHEW JELLETT (WSBA No. 34218)
*Pro Hac Vice*
JELLETT LAW GROUP PS
910 Harris Ave, Ste A205
Bellingham, WA 98225
Fax:   (425) 671-1728
Email: *matt@jellettlaw.com*

Attorneys for Plaintiff
Brad Holtorf

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD HOLTORF<br><br>             Plaintiff,<br><br>   v.<br><br>SCOTT VOGLER, an individual; POCKET BIKES UNLIMITED, a domestic corporation,<br><br>             Defendants. | Case No. 3:09-CV-04560-EDL<br><br>**REQUEST TO PARTICIPATE IN STATUS CONFERENCE VIA TELEPHONE** <s>**[PROPOSED]**</s> **ORDER**<br>Date:          December 23, 2009 |

WHEREAS, this Court has set an initial status conference in this case for January 5, 2010 at 10:00 a.m. in courtroom E;

WHEREAS, counsel for Brad Holtorf is located in Seattle, Washington and Bellingham, Washington -- ordinarily counsel would travel to San Francisco for the status conference, but counsel has deadlines and other cases that make such travel difficult;

WHEREAS, Northern District of California civil local rule 16-10(a) provides that a party may request to participate by the conference by telephone -- pursuant to that rule, this request is made more than five days before the date of the status conference;

THEREFORE, Brad Holtorf, by and through his counsel of record, respectfully requests that the Court enter an order that counsel Venkat Balasubramani, and Matthew Jellett, may appear for Brad Holtorf at the status conference by telephone.

Dated this 23rd day of December, 2009.

Dated this 23rd of December, 2009                    Respectfully submitted,

                                              **JELLETT LAW GROUP PS**
                                              Matthew Jellett

                                              By:  */s/ Matthew Jellett*
                                                     Matthew Jellett

                                              Attorney for Plaintiff
                                              Brad Holtorf

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*