VENKAT BALASUBRAMANI (SBN 189192)
FOCAL PLLC
8426 40th Ave SW
Seattle, WA 98136
Fax:   (206) 260-3966
Email: *venkat@focallaw.com*

MATTHEW JELLETT (WSBA No. 34218)
*Pro Hac Vice*
JELLETT LAW GROUP PS
910 Harris Ave, Ste A205
Bellingham, WA 98225
Fax:   (425) 671-1728
Email: *matt@jellettlaw.com*

Attorneys for Plaintiff
Brad Holtorf

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD HOLTORF<br><br>            Plaintiff,<br><br>       v.<br><br>SCOTT VOGLER, an individual; POCKET BIKES UNLIMITED, a domestic corporation,<br><br>            Defendants. | Case No. 3:09-CV-04560-EDL<br><br>**JOINT STIPULATION TO CONTINUE HEARING FOR JOINT SCHEDULING CONFERENCE AND ORDER** AS MODIFIED **[PROPOSED]**<br><br>Date:        January 4, 2010 |

Plaintiff Brad Holtorf ("Plaintiff"), by and through his counsel of record, and Pro Se Defendant, Scott Vogler, and unrepresented Pocket Bikes Unlimited, hereby stipulate as follows:

WHEREAS, the joint scheduling conference set for January 5, 2010, at 3 p.m. in conference room E with Judge Laporte;

WHEREAS, plaintiff has prepared and provided defendants with a proposed case management statement and discovery plan;

---

Joint Stipulation to Continue Hearing and for Joint Scheduling Conference - 1

1  WHEREAS, parties stipulate to extend by 30 calendar days the joint scheduling conference for
2  the following reasons: parties are actively pursuing settlement negotiations; parties require
3  additional time for Defendant Pocket Bikes Unlimited to obtain counsel, Defendant requires
4  additional time for to review and approve Joint Case Management Statement;
5  WHEREAS, because of the complex nature of the case, regarding patent law, Defendant requires
6  representation of counsel in order to move forward and is actively searching for counsel of
7  record;
8  WHEREAS, the parties have made no prior request for continuance of the hearing date in
9  connection with the joint case management conference at this time;
10
11 It is hereby stipulated, and the parties respectfully request that the court order, that the joint case
12 management conference shall be set for February 5, 2010, at the time of the discretion of the
13 court and that the schedule be adjusted accordingly under the ADR Multi Option Program and
14 pursuant to LR 6-2.
15
16 The proposed order is filed concurrently herewith.
17 Dated this 4th of January, 2010                                   Respectfully submitted,
18
                                                        **JELLETT LAW GROUP PS**
19    Scott Vogler/Pocket Bikes Unlimited                       Matthew Jellett

20     By:   */s/ "approved via telephone"*               By:   */s/ Matthew Jellett*
21              Scott Vogler                                      Matthew Jellett
                Defendant(s)                                  Attorney for Plaintiff
22                                                               Brad Holtorf
23
24
25
26
27

Joint Stipulation to Continue Hearing and for Joint Scheduling Conference - 2

1 **ORDER**

2 Pursuant to local rule CIV 6-2 and the ADR Multi Option Program, the joint scheduling
3 conference shall be set for February ~~5~~ 9th, 2010, at ~~the time of the discretion of the court.~~ 10:00 a.m.
4 The parties are Ordered to file a Joint Case Management Conference Statement by no later than February 2, 2010.
5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7 dated, January, __5____,2010.

8 *Elizabeth D. Laporte*
   _____
   Elizabeth D. Laporte
9 United States Magistrate Judge

Joint Stipulation to Continue Hearing and for Joint Scheduling Conference - 3