1  VENKAT BALASUBRAMANI (SBN 189192)
   FOCAL PLLC
2  8426 40th Ave SW
   Seattle, WA 98136
3  Fax:    (206) 260-3966
4  Email: *venkat@focallaw.com*

5  MATTHEW JELLETT (WSBA No. 34218)
   *Pro Hac Vice*
6  JELLETT LAW GROUP PS
7  910 Harris Ave, Ste A205
   Bellingham, WA 98225
8  Fax:    (425) 671-1728
   Email: *matt@jellettlaw.com*
9
   Attorneys for Plaintiff
10 Brad Holtorf

11

12

                    UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 | BRAD HOLTORF                              | Case No. 3:09-CV-04560-EDL

16 |                         Plaintiff,        | **JOINT STIPULATION TO CONTINUE
   |                                           | HEARING FOR JOINT SCHEDULING
17 |        v.                                 | CONFERENCE AND ORDER** AS
                                                 MODIFIED
   |                                           | **[PROPOSED]**
18 | SCOTT VOGLER, an individual; POCKET
   | BIKES UNLIMITED, a domestic corporation,
19 |                                           | Date:        January 4, 2010
   |                         Defendants.
20

21

22 Plaintiff Brad Holtorf ("Plaintiff"), by and through his counsel of record, and Pro Se Defendant,

23 Scott Vogler, and unrepresented Pocket Bikes Unlimited, hereby stipulate as follows:

24 WHEREAS, the joint scheduling conference set for January 5, 2010, at 3 p.m. in conference

25 room E with Judge Laporte;

26 WHEREAS, plaintiff has prepared and provided defendants with a proposed case management

27 statement and discovery plan;

Joint Stipulation to Continue Hearing and for Joint Scheduling Conference - 1

1  WHEREAS, parties stipulate to extend by 30 calendar days the joint scheduling conference for

2  the following reasons: parties are actively pursuing settlement negotiations; parties require

3  additional time for Defendant Pocket Bikes Unlimited to obtain counsel, Defendant requires

4  additional time for to review and approve Joint Case Management Statement;

5  WHEREAS, because of the complex nature of the case, regarding patent law, Defendant requires

6  representation of counsel in order to move forward and is actively searching for counsel of

7  record;

8  WHEREAS, the parties have made no prior request for continuance of the hearing date in

9  connection with the joint case management conference at this time;

10

11  It is hereby stipulated, and the parties respectfully request that the court order, that the joint case

12  management conference shall be set for February 5, 2010, at the time of the discretion of the

13  court and that the schedule be adjusted accordingly under the ADR Multi Option Program and

14  pursuant to LR 6-2.

15

16  The proposed order is filed concurrently herewith.

17  Dated this 4th of January, 2010                                         Respectfully submitted,

18

19    Scott Vogler/Pocket Bikes Unlimited                       **JELLETT LAW GROUP PS**
                                                                                  Matthew Jellett

20     By:  /s/ "approved via telephone"                           By:  /s/ Matthew Jellett
21              Scott Vogler                                                  Matthew Jellett
                 Defendant(s)                                             Attorney for Plaintiff
22                                                                               Brad Holtorf

23

24

25

26

27

---

Joint Stipulation to Continue Hearing and for Joint Scheduling Conference - 2

**ORDER**

Pursuant to local rule CIV 6-2 and the ADR Multi Option Program,  the joint scheduling
conference shall be set for February ~~5~~, 2010, at ~~the time of the discretion of the court.~~
9th   10:00 a.m.
The parties are Ordered to file a Joint Case Management Conference Statement by no later
than February 2, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


dated, January, _5 ____,2010.

_____
  Elizabeth D. Laporte
  United States Magistrate Judge

Joint Stipulation to Continue Hearing and for Joint Scheduling Conference - 3