**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: 2/9/10

Case No:  **C- 09-4560 EDL**

Case Name:  **BRAD HOLTORF v. SCOTT VOGLER, ET AL.**

Attorneys:   Pltf: Matthew Jellett appeared telephonically
Deft: Scott Vogler, Pro Se - No appearance

Deputy Clerk: Frank Justiliano          FTR digital recording 10:21 - 10:28 a.m.


**PROCEEDINGS:**                                  **RULING:**

1.  Status Conf.                                      HELD

2.

[]Case Management Conference  [] Status Conference  [] P/T Conference


**ORDERED AFTER HEARING:**

**Plaintiff to file a motion for default within 3 week.**

**Case referred to court ADR unit for telephone conference to discuss settlement.**

Notes:

cc: