| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JELLETT LAW, P.S.,<br>910 Harris Ave, Ste A205<br>Bellingham, WA 98225<br>TELEPHONE NO.: 360 527 9400  FAX NO. (Optional):<br>EMAIL ADDRESS (Optional): matt@jellettlaw.com<br>ATTORNEY FOR (Name): BRAD HOLTORF, | |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | BRAD HOLTORF, | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SCOTT VOGLER, AN INDIVIDUAL AND POCKET BIKES UNLIMITED, A DOMESTIC CORPORATION | 3:09-CV-04560-EDL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>P416638INF |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons in A Civil Action; Complaint; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order Re; Case Management Conference; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befor A Magistrate Judge and Request for Reassignment to A United State District Judge;plaintiff's Certificate of Interested Entities or Persons

3. a. Party served (specify name of party as shown on documents served):
      SCOTT VOGLER
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   750 PARK Drive, BEN LOMOND, CA 95005

5. I served the party (check proper box)
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 5/25/2010 (2) at (time): 3:58 PM
   b. [ ] **by substituted service.** On (date):  (2) at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):  from (city):  or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Order No. 8173639 SEA



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JELLETT LAW, P.S.,<br>910 Harris Ave, Ste A205<br>Bellingham, WA 98225<br>TELEPHONE NO.: 360 527 9400  FAX NO. (Optional):<br>EMAIL ADDRESS (Optional): matt@jelletttlaw.com<br>ATTORNEY FOR (Name): BRAD HOLTORF, | |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | BRAD HOLTORF, | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SCOTT VOGLER, AN INDIVIDUAL AND POCKET BIKES UNLIMITED, A DOMESTIC CORPORATION | 3:09-CV-04560-EDL |
| PROOF OF SERVICE OF SUMMONS | | Ref. No. or File No.:<br>P415638INF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons in A Civil Action; Complaint; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order Re; Case Management Conference; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befor A Magistrate Judge and Request for Reassignment to A United State District Judge;plaintiff's Certificate of Interested Entities or Persons

3. a. Party served (specify name of party as shown on documents served):
      SCOTT VOGLER
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   750 PARK Drive, BEN LOMOND, CA 95005

5. I served the party (check proper box)
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 5/25/2010 (2) at (time): 3:55 PM
   b. [ ] **by substituted service.** On (date): (2) at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city): or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 8173639 SEA



| PLAINTIFF/PETITIONER: | BRAD HOLTORF, | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SCOTT VOGLER, AN INDIVIDUAL AND POCKET BIKES UNLIMITED, A DOMESTIC CORPORATION | 3:09-CV-04560-EDL |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on (date):         (2) from (city):
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** (specify means of service and authorizing code section):

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as occupant
   d. [ ] On behalf of (specify):
      under the following Code of Civil Procedure section:
         [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
         [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
         [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
         [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
         [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                               [ ] other

7. **Person who served papers**
   a. Name:                  Carl Moore
   b. Address:               5301 Columbia ave, Richmond, CA 94804
   c. Telephone number:      510-213-6813
   d. The fee for service was: $170.00
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner [ ] employee [X] independent contractor
         (ii) [X] Registration No.: 2009-97
         (iii) [X] County: Sacramento

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 5/27/2010

**Carl Moore**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                              (SIGNATURE)

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2
                                                                                         Order No. 8173639 SEA