VENKAT BALASUBRAMANI (SBN 189192)
FOCAL PLLC
8426 40th Ave SW
Seattle, WA 98136
Fax:    (206) 260-3966
Email: *venkat@focallaw.com*

MATTHEW JELLETT (WSBA No. 34218)
*Pro Hac Vice*
JELLETT LAW GROUP PS
910 Harris Ave, Ste A205
Bellingham, WA 98225
Fax:    (425) 671-1728
Email: *matt@jellettlaw.com*

Attorneys for Plaintiff
Brad Holtorf

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD HOLTORF<br><br>                    Plaintiff,<br><br>     v.<br><br>SCOTT VOGLER, an individual; POCKET BIKES UNLIMITED, a domestic corporation,<br><br>                    Defendants. | Case No. 3:09-CV-04560-EDL<br><br>**REQUEST TO PARTICIPATE IN MOTION HEARING VIA TELEPHONE**<br><br>**[PROPOSED] ORDER**<br><br>Date:         July 6, 2010 |

WHEREAS, this Court has set a hearing for Plaintiff's Motion to Find Defendants have Waived

Objections to Service or Extend 120 Day Service Deadline in this case for July 13, 2010 at 9:00

am in courtroom E;

WHEREAS, counsel for Brad Holtorf is located in Seattle, Washington and Bellingham,

Washington -- ordinarily counsel would travel to San Francisco for the status conference, but

1 | counsel has deadlines and other cases that make such travel difficult;

2

3 | WHEREAS, Northern District of California civil local rule 16-10(a) provides that a party may
4 | request to participate by the conference by telephone -- pursuant to that rule, this request is made
5 | more than five days before the date of the status conference;

6

7 | THEREFORE, Brad Holtorf, by and through his counsel of record, respectfully requests that the
8 | Court enter an order that counsel Venkat Balasubramani, and Matthew Jellett, may appear for
9 | Brad Holtorf at the status conference by telephone.

10

11 | Dated this July 6, 2010.

Respectfully submitted,

**JELLETT LAW GROUP PS**
Matthew Jellett

By: */s/ Matthew Jellett*
    Matthew Jellett

Attorney for Plaintiff
Brad Holtorf

**ORDER**

Pursuant to local rule CIV 16-10(a), plaintiffs counsel Venkat Balasubramani, and Matthew Jellett, may appear for Brad Holtorf at the ~~status conference~~ by telephone;
motion hearing

It is so ordered.

dated, July __7___,2010

_____
Elizabeth D. Laporte
United States Magistrate Judge