[PROPOSED] ORDER

This matter is before the Court on the parties' request to dismiss this lawsuit with prejudice. PURSUANT TO STIPULATION, IT IS SO ORDERED: the Court hereby DISMISSES this lawsuit with prejudice.

DATED: THIS 30th DAY OF March, 2011.

_____
HON. ELIZABETH D. LAPORTE,
UNITED STATES MAGISTRATE JUDGE

